NANCY HERSH, State Bar No. 49091
CHARLES KELLY, State Bar No. 122253
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544

Attorneys for Plaintiffs MICHAEL TOMCIK, CONNIE TOMCIK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL TOMCIK, CONNIE TOMCIK, <br><br>  Plaintiffs, <br><br> vs. <br><br> BROOKSTONE STORES, INC., <br><br>  Defendant. | CASE NUMBER 3:16-CV-00570 LB <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED, by and between Plaintiffs MICHAEL TOMCIK and CONNIE TOMCIK, and Defendant BROOKSTONE STORES, INC., through their respective counsel of record, that the above-captioned action is dismissed, with prejudice and that it is further stipulated that the parties shall bear their own attorney's fees and costs incurred in this action.

DATED: March 16, 2016

HERSH & HERSH
A Professional Corporation

By_____
Charles C. Kelly, II
Attorneys for Plaintiffs

DATED: March 16, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
Nora M. Nachtsheim
Attorneys for def. BROOKSTONE STORES, INC.

- 1 -
STIPULATION OF IDSMISSAL WITH PREJUDICE; [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: March 17, 2016

_____
Magistrate Judge Laurel Beeler